Case No.1:23-mj-292
Assign to: Magistrate Judge Zia M.. Faruqui
Date: 11/2/2023
Description: COMPLAINT WITH ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

1.    I, Detective Larry Hernandez, hereinafter referred to as your Affiant, has been a sworn officer of the Metropolitan Police Department (MPD) in Washington, D.C. since 2008. Your affiant was promoted to the position of Detective in September 2018, and is currently assigned to the Third District Detectives Unit of the Criminal Investigations Division. During your Affiant's tenure with the Washington, D.C. Metropolitan Police Department, your Affiant has been assigned to the Fifth District, and Fourth District Uniform Patrol Division since 2008, and the Third District Detectives Unit since September 2018.

2.    Your Affiant has received training to include but not limited to the following areas: Basic Investigators Course. Your Affiant has made and participated in countless arrests and has conducted countless interviews of victims, witnesses, and suspects/defendants. Your Affiant has participated in numerous criminal investigations and in these investigations, your Affiant has participated in search warrants at and on residences, vehicles, and cellular telephones. Your Affiant has participated in the successful prosecution of numerous defendants in assorted criminal courts in Washington, D.C. and other jurisdictions.

3.    I base the information in this Affidavit on my personal knowledge, training, experience, and information that I have learned from witnesses, records, and other law enforcement officer and agents. Additionally, unless otherwise indicated, conversations discussed herein are described in substance and part rather than verbatim. Likewise, I have not included every fact that my investigation has revealed, but rather, have included only those facts necessary to show probable cause.

4.    After reviewing documents and reports and speaking with multiple members of the law enforcement community, including the Federal Bureau of Investigation (FBI), the Metropolitan

Police Department (MPD), and the Prince George's County Police Department (PGPD) and based upon my firsthand knowledge investigating this incident, your Affiant states as follows:

5.      Between July 12 and October 1, 2023, there have been a series of robberies of T-Mobile stores in the District of Columbia and in Prince George's County, Maryland. In all of the offenses, phones and cash were taken by one armed suspect. The investigations are similar to one another based on the suspect's actions, the specific targeting of T-Mobile stores, the suspect's appearance on surveillance cameras inside the stores, and the mannerisms of the suspect while interacting with the T-Mobile employees.

6.      Law enforcement has identified SHAWN MARSHALL OWENS (DOB: 09/25/1981) as the perpetrator of these robberies. His identity is confirmed through matching the suspect's physical appearance obtained from video footage at the offense locations, from Body Worn Camera (BWC) footage, from calls for police service involving the suspect, and a witness with personal knowledge of OWENS who reviewed images from video surveillance footage and confirmed OWENS's identity.

**D.C. T-Mobile Armed Robbery #1, July 14, 2023 (CCN# 23118164)**

7.      On July 14, 2023, at approximately 6:25 p.m., the Metro by T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C. was robbed. During the robbery, three cell phones were taken and approximately $500.00 was taken from the cash register. In the robbery, which was captured on the store's surveillance video, the suspect (later identified as OWENS) pointed a black handgun in the direction of the T-Mobile employee, Complainant 1, and directed him to give OWENS cash from the register and cell phones. The suspect then placed the phones and handgun in his pocket and left the store. Complainant 1 described the suspect as a black male, medium complexion, between 30 and 40-years-old, 5'8"-5'11" tall, thin build, short hair, beard and mustache, wearing a dark colored hat with red lettering, blue shirt with red/orange colored "G" or

2

"6" on the front, and dark blue pants. A still shot from surveillance footage is included below with a yellow oval indicating OWENS.

8.      The owner of the store did not report the robbery to law enforcement for one week. He reported the robbery to law enforcement after the same T-Mobile store was robbed again, as described below, and he was directed to report the robbery by management.



*Figure 1: Still Image from Surveillance Video Inside the T-Mobile Store, Showing OWENS in the Yellow Circle in the July 14th Robbery*



*Figure 2: Still Image from Surveillance Video Inside the T-Mobile Store, Showing OWENS Holding a Gun (In Yellow Circle) in the July 14th Robbery*

**D.C. T-Mobile Armed Robbery #2, July 29, 2023 (CCN# 23123196)**

9.      On July 29, 2023, at approximately 12:00 p.m., the same T-Mobile store located at

4510 East Capitol Street, Northeast, Washington, D.C. was robbed again. During the robbery, the

suspect told the T-Mobile employee Complainant 1[1] "Don't play games…you know what to do"

while holding a black handgun at his side. The suspect handed Complainant 1 a backpack that he

was carrying and told the employee to put the money from the cash register into the bag. After the

employee put approximately $150 into the backpack, the suspect took six or seven cell phones and

put them into his backpack. Complainant 1 told police that the suspect was a black male, medium

complexion, around 5'9" or 6' feet tall, late 20's-early 30's, wearing black and white shoes, a blue

---

4

[1] Complainant 1 is the same T-Mobile employee who is the complainant from the July 14 robbery (CCN# 23118164) and the July 29 robbery (CCN# 23123196).

and yellow polo shirt, green khaki pants and a green bookbag on his back.

10.     As the suspect left the store, he told Complainant 1 words to the effect of "you didn't report immediately last time" indicating that the same suspect committed the robberies because he knew there was a "last time" and because he knew the report to law enforcement was delayed. Complainant 1 told police that he recognized the suspect as the same individual who had robbed the same location on July 14, 2023, since he was also the victim in that robbery. Detective Ficht reviewed the store surveillance cameras which captured the offense as described above. The suspect is a black male, slim build, wearing a blue and yellow shirt, and a black ski mask.



*Figures 3 and 4: Still Images from Surveillance Video Inside the T-Mobile Store, Showing Suspect*



*Figures 5 and 6: Still Images from Surveillance Video Inside the T-Mobile Store, Showing Suspect and His Tattooed Arms*



*Figure 7: A Still Image from Surveillance Video Inside the T-Mobile Store, Showing Suspect Holding a Gun*

**D.C. T-Mobile Armed Robbery #3, September 2, 2023 (CCN# 23144874)**

11.     On September 2, 2023, at approximately 5:00 p.m., the T-Mobile store located at 1410 North Capitol Street, Northwest, Washington, D.C. was robbed. During the robbery, the

suspect entered the store and then produced a silver and black handgun from one side. The suspect pointed the gun at Complainant 2, demanded all of the Apple iPhones, to which Complainant 2 responded they did not have any. The suspect demanded the keys to the cash register, opened it, and took $446 in cash. The suspect also took four cell phones that were on the counter. He then asked Complainant 2 where the store's big safe was located. Complainant 2 told him that the additional safe was located in the rear of the store, but that it was empty. Complainant 2 told police that the suspect believed her and never looked inside the safe, which was unlocked and open. The suspect then told Complainant 2 to walk to the backroom where the safe was located and told her to give him time to leave the store before she called the police. The suspect then left the store. Complainant 2 described the suspect as a black male approximately 5'8" to 5'11" tall, wearing a light grey or white hoodie, a grey cap, black jogger pants, and black shoes.

12.     Surveillance footage from the store captured the suspect wearing a gray hooded sweatshirt with the Japanese anime television series "Dragon Ball Z" character "Goku" imprinted on the front, black sweatpants, a light gray hat, and black shoes, as shown in the stills below. The suspect appeared to be holding a firearm in his right hand as he encountered the complainant, who was standing behind the counter. Footage showed the suspect removing money from the cash register drawer. Once the suspect took all the money from the drawer, he placed it into his front left pocket.

13.     During this time, Complainant 2, while her arms were raised, appeared to be directing the suspect by pointing to other compartments that were adjoined to the register. The suspect then opened his bookbag and began to place additional merchandise inside before leaving the store.

14.     On September 26, 2023, Detective Hernandez reviewed a MPD family incident report dated May 29, 2023, which involved the suspect, Shawn Marshall Owens (DOB:

09/25/1981), and his children's mother. *See* CCN 23084955. On that day, officers visited 5311 E Street, Apartment 105, Southeast, Washington, D.C., 20019 (Elsinore Courtyard Apartments complex), after the children's mother called police because OWENS dropped the children off at her apartment and she could not get a hold of him when it was time to pick them up. Officer's Hull body worn camera revealed OWENS wearing the exact grey-like color hat that has a distinctive and unique logo embroidered in front that appears to be something with wings. (Image below)



*Left, Figures 8 and 9: Images of the OWENS in the September 2, 2023 Robbery;*
*Right, Figures 10 and 11: Images of OWENS during a MPD Family Incident Report*



*Figure 12: Image of the Suspect Holding a Gun in the September 2, 2023 Robbery*

**D.C. T-Mobile Armed Robbery #4, September 13, 2023 (CCN# 23151454)**

15.     On September 13, 2023, at approximately 4:51 pm, the Metro by T-Mobile store located at 1410 North Capitol Street, Northwest, Washington, D.C. was again robbed. During the robbery, the suspect entered the store and pulled out a black and silver handgun from the right side of his waist. The suspect, later identified as OWENS, then pointed the gun towards Complainant 3's lower front region and demanded that he place his hands on his back. OWENS then asked the complainant for the keys to the safe, his personal phone, and wallet. Complainant 3 told OWENS that since the establishment had been robbed before, keys to the safe were no longer kept on the premises. OWENS then told Complainant 3 to face the wall. While the complainant faced the wall, he was still able to see OWENS open the cash register and take approximately $250 from it. The complainant stated that OWENS then took five to six new cell phones contained in boxes from behind the counter. Complainant 3 then complied with OWENS'S demand when told to walk further to the back of the store and count to 100. Complainant 3 stated that he heard the main entrance door close when counting up to 30. The complainant then closed and locked the main door, and then called 911.

16.     After watching video of the robbery and speaking with Complainant 3, the owner of the store told Detective Hernandez that he believed the suspect may possibly be the same individual from a previous robbery that occurred on September 2, 2023, at the same location. *See* CCN# 23144874. The owner, who was not a witness to the offense, mentioned that the stature, size, movements, and demands towards his employees sounded very alike.

17.     Based on the video, the suspect appears to be a slim black male, medium complexion, wearing a white long sleeve shirt with a frontal blue design/logo in front. The suspect is also wearing black pants, a black hat with colorful lettering in the front, a dark bandana tied around his neck, and grey and black sneakers.



*Figures 13 and 14: Image of OWENS Holding a Gun and Taking Money Out of a Cash Register*

**D.C. T-Mobile Armed Robbery #5, October 1, 2023 (CCN #23161967)**

18.     On October 1, 2023, at approximately 4:05 pm, the T-Mobile store located at 3120 Mount Pleasant Street, Northwest, Washington, D.C. was robbed. Complainant 4 told police that he was behind the counter when the suspect entered the store. The complainant believed the suspect was a customer at first so when the suspect walked in Complainant 4 asked him, "How can I help you?" The suspect approached the counter, pulled a handgun, and asked the complainant, "where is the money? where the I-Phones?" The suspect then told the complainant to turn around and face the wall. The suspect then took $1,000 from the cash register, a silver Chromebook laptop, speaker, and a Motorola phone. The suspect then fled before police arrived. Complainant 4 described the suspect

as a black male, wearing a yellow construction vest, black clothing, green cap, and armed with a black handgun.

19.     Video surveillance from the establishment captured the suspect approaching the counter while holding a black handgun, which appeared to have been wrapped with black tape. Moreover, the camera captured the suspect with a roll of black duct tape around his left wrist. The suspect ordered the complainant to open the cash drawer, who did so, and then moved away from the cash register out of the camera's view. The suspect then moved towards the cash register and then took cash out of it. He then used his left hand to place the money into a reusable gray grocery bag/Tote, that had writing on it including the word "SIERRA". The suspect then proceeded to place additional items from the counter and display wall into the bag (Images below).



*Figures 15 and 16: The Suspect in the T-Mobile Store During the October 1, 2023 Robbery*

20.     Detective Shaheen reviewed the investigative jackets of the previous robberies and based on his analysis the suspect in the October 1 robbery appeared to be the same suspect from the previously mentioned robberies.

**Identification Procedure with Witness 1**

21.     On September 18, 2023, Witness 1, who knows OWENS personally, requested assistance from law enforcement in checking on the welfare of OWENS. (Witness 1 has met with OWENS in a professional capacity twice since July of 2023 for a duration of approximately one hour each time. During these meetings, Witness 1 sat and spoke with OWENS.)

22.     On September 27, 2023, Detective Hernandez communicated with Witness 1 and showed the witness two images taken from the surveillance videos of D.C. T-Mobile Armed Robbery 1 (July 14, 2023 (CCN# 23118164)) and D.C. T-Mobile Armed Robbery 4 (September 13, 2023 (CCN# 23151454)).



*Figure 17: D.C. T-Mobile Armed Robbery 1 - July 14, 2023 Robbery Image Shown to Witness*



*Figure 18: D.C. T-Mobile Armed Robbery 4 - September 13, 2023 Robbery Image Shown to Witness*

23.　　When the images in Figures 17 and 18 were shown to Witness 1, without hesitation Witness 1 stated, "Yes, yes, that's him". Witness 1 further advised that the subject's name is Shawn OWENS. Witness 1 then initialed their name below the image.

24.　　Detective Hernandez also showed Witness 1 a photo of OWENS taken at the Shaw Library (1630 7th Street, Northwest, Washington D.C.) on September 22, 2023, and obtained by the FBI that same day. The witness, after viewing the photo in Figure 19, stated that that it was Shawn Owens. The witness also stated that he was wearing the same clothing when they met.



*Figure 19: Image of OWENS from Shaw Library on September 27, 2023*

25.     Furthermore, the witness stated that OWENS had just been served with documents by the Office of Attorney General (OAG). On September 27, 2023, Detective Hernandez communicated and confirmed with an OAG attorney that OWENS had been served with a summons to appear (virtually) in D.C. family court.

26.     As listed in the police paperwork from his most recent D.C. arrest, OWENS is 5'11 and weighs 145 pounds – consistent with the descriptions provided above.  Also, as described below, he has tattoos on his arms, also consistent with the video surveillance where his arms were exposed.

**Maryland T-Mobile Robberies and Elsinore Apartment Video**

27.     Surveillance video from the Elsinore apartments further connects OWENS to D.C. T-Mobile Armed Robbery 1, described above, and two other armed robberies of T-Mobile stores in Maryland. The Elsinore Courtyard Apartments complex is located at 5321 E Street, Southeast, Washington, D.C.  The apartment building is directly adjacent and connected to 5311 E Street, the address where the Family Incident Report involving OWENS occurred on May 29, 2023, as described above.

*__Maryland T-Mobile Armed Robbery #1 – July 12, 2023__*

28.     On July 12, 2023, at approximately 1:28 pm, the T-Mobile store located at 5907 Old Central Avenue, Capitol Heights, Prince George's County, Maryland 20743 was robbed. In that robbery, Complainant 5 told the police that the suspect entered the store, posing as a customer. He then pointed a handgun at her and demanded cash and cell phones. Complainant 5 handed the suspect approximately $542, two Apple iPhone SE cellular phones, one Apple iPhone 11, one Apple iPhone 13, and one Google Pixel cellular phone. The suspect then fled the store before police arrived. PGPD detectives reviewed the security camera footage from the T-Mobile store, which showed the suspect was a Black male, approximately 30-40 years in age with a full beard, approximately 6' tall and 150 pounds, wearing a red baseball cap, dark sunglasses, white hooded sweatshirt with a "Mickey Mouse" logo on the front, blue jeans, and red shoes. The video also showed the suspect was armed with a black handgun that he pointed at the victim. *See* PGPD 23-0040678.



*Figures 20: Suspect Robbing the T-Mobile Store on July 12, 2023 at 1:28:37 p.m.*

29.     That same day, on July 12, 2023, surveillance video from the Elsinore Apartments captured OWENS leaving the apartment wearing a red baseball cap, dark sunglasses, white hooded sweatshirt with a Mickey Mouse logo on the front, blue jeans, and red shoes. This clothing is similar to the clothing that the suspect wore during the July 12, 2023 T-Mobile store armed robbery.



*Figures 21 and 22: OWENS Arriving at the Elsinore apartments at 1:06:50 p.m. on July 12, 2023 and departing 7 minutes later at 1:13:07 p.m.*

30.     The security camera footage from the Elsinore apartments also showed OWENS returning to the apartment building on July 12, after the armed robbery, wearing some of the same clothing (red baseball cap, blue jeans, and red shoes) that the suspect in the July 12 robbery was wearing during the armed robbery. Upon his return to the Elsinore apartments, OWENS was carrying what appeared to be a white sweatshirt in one hand and a white cell phone box, which is consistent with what was stolen during the armed robbery, in his other hand. OWENS was no longer wearing the white hooded sweatshirt with a Mickey Mouse logo on the front. Instead, OWENS was

wearing a blue T-shirt with a large "G" logo on the front. His heavily tattooed left arm was visible. (As discussed below, OWENS has tattoos covering both of his arms.)



*Figures 23 and 24: OWENS Arriving back at the Elsinore Apartments at 1:44 p.m. on July 12, 2023, after completing the robbery holding the Sweatshirt and Stolen Phones.*

31.     The shirt that OWENS wore after the July 12 robbery is the same shirt OWENS wore in the D.C. T-Mobile Armed Robbery 1 – the July 14 T-Mobile robbery (in which he was identified by Witness 1). *See* Figures 25 and 26 below.



*Figure 25: Picture of OWENS at the Elsinore Apartments on July 12; Figure 26: Picture of OWENS in the T-Mobile store on July 14.*

32.     On July 14 at 2:06 pm, surveillance video from Elsinore Apartments captured OWENS wearing a red hat with a white sticker on the left-hand side, khaki shorts, a blue shirt with red/orange colored "G" or "6" on the front, and sneakers with a white squiggle running along the sides. *See* Figure 27. The same surveillance video showed OWENS leaving the apartment building at 3:09 pm, wearing black pants, a black cap with a red/black block insignia on the front, and a blue shirt with red/orange colored "G" or "6" on the front. *See* Figure 28. As noted above, during D.C. T-Mobile Armed Robbery 1, at approximately 6:25 pm on July 14, a suspect wearing identical clothing to what OWENS wore at 3:09 pm robbed the T-Mobile located at 4510 East Capitol Street, Northeast, Washington, D.C. *See* CCN 23118164; Figure 29. Surveillance video from Elsinore Apartments captured OWENS returning to the apartment building that day at 6:48 pm, wearing a blue shirt with red/orange colored "G" or "6" on the front, khaki shorts, and what appear to be black clothing in his hands. *See* Figure 30.



*Figure 27: OWENS at the Elsinore Apartments at 2:06 pm; Figure 28: OWENS leaving the Elsinore Apartments at 3:09 pm; Figure 29: Suspect Robbing the T-Mobile Store; Figure 30: OWNES Returning to the Elsinore Apartments at 6:48*

33.    In addition, the white hooded sweatshirt with a "Micky Mouse" logo and red hat with a sticker that the suspect wore during the July 12 robbery is identical to the white sweatshirt shirt with a "Micky Mouse" logo and red hat with a sticker that OWENS wore at the Elsinore Apartments on July 14. (See below).



*Figure 31: Suspect Robbing the T-Mobile Store on July 12, 2023 at 1:28 p.m.; Figure 32: OWENS*

*at the Elsinore Apartments on July 14, 2023 at 1:50 pm; Figure 33: OWENS at the Elsinore Apartments on July 14, 2023 at 2:06 pm.*

34.      In addition, OWENS is wearing the same shoes during the family disturbance report

on May 29, 2023 described above as he was during D.C. T-Mobile Armed Robbery 1 on July 12.



*Figure 34: OWENS on May 29, 2023; Figure 35: D.C. T-Mobile Armed Robbery 1 (who Witness 1 Identified as OWENS)*

**<u>Maryland T-Mobile Armed Robbery #2 – July 20, 2023</u>**

35.      On July 20, 2023, at approximately 2:40 pm, a Metro by T-Mobile store located at

4819 Marlboro Pike, Capitol Heights, Prince George's County, Maryland 20743 was robbed. *See*

PGPD 23-0042448. In that robbery, Complainants 6 and 7 told police that they were working inside

the store when the suspect walked in, pointed a handgun at them and demanded money and

cellphones. The suspect stole approximately $500 from the store's registers, three Google Pixel cell

phones, two Apple iPhones, and Bluetooth headphones. The suspect fled the store before police

arrived. PGPD detectives reviewed the security camera footage from the T-Mobile store, which

showed the suspect was a Black male, approximately 30-40 years old with a full beard, approximately 6' tall and 150 pounds in weight, wearing a green camouflage "TrueRLGN" brand baseball cap, dark sunglasses, green camouflage "G-Star" brand polo shirt, green camouflage pants, red jacket tied around his waist, and green and black in color shoes. The video also showed the suspect was armed with a black handgun that he pointed at the victims multiple times. The suspect placed the stolen cell phones in a purple T-Mobile bag. The suspect's face, as well as the suspect's heavily tattooed arms, were visible in the store security video.



*Figures 36 and 37: Still Image of the Suspect Conducting the Robbery Inside T-Mobile Store on July 20 at 2:40 p.m., and exiting at 2:44 p.m. Carrying a Purple Bag and Cell Phone Box with a Red Top*

36.    During the robbery, the suspect took a phone that contained a hidden anti-theft electronic tracking device that showed the suspect's path and location in real time following the robbery. PGPD detectives monitored the suspect's direction of travel, as well as the termination

point of the suspect's travel following the armed robbery. The tracker led detectives to the Elsinore Courtyard Apartments complex, located at 5321 E Street, Southeast, Washington, D.C.

37.     Elsinore Apartments video surveillance from the 5321 E Street apartment building captured OWENS leaving the building on July 20, 2023, at approximately 1:52 pm, wearing the similar clothing worn by the suspect of Maryland T-Mobile Armed Robbery 2 on July 20, 2023.



*Figure 38: Image of Owens Leaving the Elsinore Apartments at 1:52 p.m.*

38.     The same security footage showed OWENS returning to the Elsinore Apartments on July 20, after the armed robbery, wearing similar clothing as the suspect in Maryland T-Mobile Armed Robbery 2. OWENS was also carrying a headphones box and a purple bag, both of which were consistent with what was stolen during armed robbery.



*Figure 39 and 40 Image of OWENS Returning to the Elsinore Apartments at 3:03 p.m. on July 20, 2023, Carrying Stolen Cell Phone Box with a Red Top and Red Jacket*

**Other Evidence Identifying OWENS**

39.    OWENS was arrested on August 4, 2023, by officers of the Anne Arundel County (Maryland) Police Department for theft $100 to under $1,500 (District Court for Anne Arundel County Criminal case #D07CR23007155). As captured on Anne Arundel County Police Department (AACoPD) body worn camera footage of the incident, OWENS verbally identified himself as "Shawn Marshall Owens" with a date of birth of September 25, 1981. Detective Al-Hasani compared the AACoPD body worn camera footage showing OWENS'S facial and physical features, including his heavily tattooed aims, with the security camera footage from Maryland T-Mobile Armed Robberies 1 and 2.  Based on the visual similarities between OWENS and the suspect in the two Maryland robberies, Detective Al-Hasani identified OWENS as the person who committed the July 12 and July 20 armed robberies. Detective Al-Hassani got a warrant based on

this identification.



*Figure 41 and 42: Photos of OWENS on August 4, 2023, the Day of His Arrest in Anne Arundel County; Figure 43: Suspect in the July 12 T-Mobile Robbery Figure 44: Suspect in the July 20 T-Mobile Robbery.*

40.    Metro PCS by T-Mobile, and T-Mobile US, Inc. are business that engage in interstate commerce by selling cell phones and communication plans that work in interstate commerce. The robberies of these businesses by force affects interstate commerce.

41.     Based on the foregoing, your affiant submits that there is probable cause that OWENS violated 18 U.S.C. § 1951, robbery that affect interstate or foreign commerce, on July 14, 2023 and September 13, 2023.

_____
DETECTIVE LARRY HERNANDEZ
Metropolitan Police Department


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of November, 2023.


_____
THE HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE