AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:23-mj-292 |
| SHAWN OWENS | ) Assign to: Magistrate Judge Zia M.. Faruqui |
|  | ) Date: 11/2/2023 |
|  | ) Description: COMPLAINT WITH ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __SHAWN OWENS__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951, robbery that affect interstate or foreign commerce.

Date: __11/2/2023__

*Issuing officer's signature*: Zia M. Faruqui

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __11/2/23__, and the person was arrested on *(date)* __12/10/23__
at *(city and state)* __WASHINGTON DC__.

Date: __12/12/23__

*Arresting officer's signature*

__JEFFREY MARTIN, DUSM__
*Printed name and title*